## Myers, Appellant, *v.* Harrisburg Taxicab and Baggage Co., Inc.

Argued May 21, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Paul H. Rhoads,* with him *J. Mettler Pensyl* and *Rhoads & Sinon,* for appellant.

*F. Brewster Wickersham,* with him *Metzger & Wickersham,* for appellee, was not heard.

OPINION PER CURIAM, June 27, 1951:
The order appealed from is affirmed on the opinion of the court below.
Order affirmed, appellant to pay the costs.